UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P297-H

RONALD L. JORDAN II            PLAINTIFF

v.

COMMONWEALTH OF KENTUCKY *et al.*            DEFENDANTS

**MEMORANDUM OPINION**

Plaintiff Ronald L. Jordan II initiated this civil rights action under 42 U.S.C. § 1983. Upon filing the instant action, he assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

By Order entered August 29, 2008 (DN 4), the Court granted Plaintiff's application to proceed without prepayment of fees. The copy of that Order sent to Plaintiff was returned to the Court by the United States Postal Service on September 16, 2008, marked "Return to Sender - Inmate Not In Custody" (DN 5). Apparently, Plaintiff is no longer incarcerated at the Louisville Metro Department of Corrections, his address of record, and he has not advised the Court of any change in his address. Because neither notices from this Court nor filings by Defendants can be served on Plaintiff, the Court concludes that Plaintiff has abandoned any interest in prosecuting this case.

The Court will, therefore, dismiss the action by separate Order.

Date:

cc:	Plaintiff, *pro se*

4412.005