**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P297-H**

**RONALD L. JORDAN II**                                                              **PLAINTIFF**

**v.**

**COMMONWEALTH OF KENTUCKY** *et al.*                         **DEFENDANTS**

**<u>ORDER</u>**

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** as abandoned.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith.

Date:

cc:    Plaintiff, *pro se*
4412.005